UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FELISHA SALCHENBERG,<br><br>                 Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                 Defendant. | Case No. 3:11-cv-05587-KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

DATED this 8th day of August, 2011.

                                                            Karen L. Strombom
                                                            United States Magistrate Judge

ORDER - 1